■ STEPHEN D. MAY et al., Appellants, v CONWAY CONSTRUCTION OF CLINTON, INC., Respondent. [608 NYS2d 917] — Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Denman, P. J., Callahan, Pine, Doerr and Boehm, JJ.